**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :    No. 557 MAL 2018

         : 

       Respondents      : 

         :    Petition for Allowance of Appeal from

         :    the Order of the Superior Court

       v.            : 

         : 

         : 

FODAY F. KANU,          : 

         : 

       Petitioners      : 


## ORDER


**PER CURIAM**

      **AND NOW**, this 27th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.